Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Christopher Lee Chafin
*Your full name*

v.

North Central Regional Jail Officers

*Enter above the full name of defendant(s) in this action*

**STATE CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

**3:23-CV-114  Groh/Trumble/Sims**

Civil Action No.: 3:23cv114
*(To be assigned by the Clerk of Court)*

FILED

MAY 0 2 2023

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

## I. JURISDICTION

This is a civil action brought pursuant to **42 U.S.C. § 1983**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II. PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

    A.    Your Name: Christopher Chafin
           Inmate No.: 3496529
           Address: One Louis Lane, Greenwood, WV 26415

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

    B.    Name of Defendant: Brandon Gier

Position: Correctional Officer
Place of Employment: North Central Regional Jail
Address: #1 Louis Lane, Greenwood, WV 26415

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: He was on duty at the jail.

B.1  Name of Defendant: CPL. Craig
Position: Correctional Officer
Place of Employment: N.C.R.J
Address: #1 Louis Lane, Greenwood, WV 26415

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: He was on duty at the jail.

B.2  Name of Defendant: Jason Hutson
Position: Superintendent at the jail
Place of Employment: North Central Regional Jail
Address: #1 Louis Lane, Greenwood, WV 26415

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: Currently in the position as Superintendant which gives him the authority to fix any constitutional violations that arise at the jail.

B.3   Name of Defendant: Gary Sigler
Position: Correctional Hearing Officer
Place of Employment: North Central Regional Jail
Address: #1 Louis Lane, Greenwood, WV 26415

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: He was on duty.

B.4   Name of Defendant: Several Unknown Officers at NCRJ
Position: Correctional Officers
Place of Employment: North Central Regional Jail
Address: #1 Louis Lane, Greenwood, WV 26415

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: These officers were on duty at the time of the violations.

_____
_____

B.5   Name of Defendant: Jason Graff
      Position: Correctional Officer/Luietenent
      Place of Employment: North Central Regional Jail
      Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: He was on duty at the jail.
_____

III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: North Central Regional Jail

A. Is this where the events concerning your complaint took place?
   ☒ Yes   ☐ No

   If you answered "NO," where did the events occur?
   _____

B. Is there a prisoner grievance procedure in the institution where the events occurred?   ☒ Yes   ☐ No

C. Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?   ☒ Yes   ☐ No

D. If your answer is "NO," explain why not _____

_____
_____

E. If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES**:

LEVEL 1 _____

LEVEL 2 _____

LEVEL 3 _____

IV. <u>PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES</u>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   ☐ Yes   ☒ No

B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

 1. Parties to this previous lawsuit:

    Plaintiff(s):_____

    Defendant(s):_____

 2. Court:_____
    *(If federal court, name the district; if state court, name the county)*

 3. Case Number:_____

 4. Basic Claim Made/Issues Raised: _____
    _____

 5. Name of Judge(s) to whom case was assigned: _____

6. Disposition: _____
   _____
   *(For example, was the case dismissed? Appealed? Pending?)*

7. Approximate date of filing lawsuit:_____

8. Approximate date of disposition. **ATTACH COPIES**

C. Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?   ☐ Yes   ☐ No

D. If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

   _____
   _____
   _____

E. Did you exhaust available administrative remedies?   ☐ Yes   ☐ No

F. If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

   _____
   _____
   _____

G. If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

**Attachment A**

1. Parties to previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

2. Name and location of court and docket number:
   _____
   _____

3. Grounds for dismissal:  ☐ frivolous   ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____

## V. STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case. Describe what <u>each</u> defendant did to violate your constitutional rights.* **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** *Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.** *(LR PL 3.4.4)*

CLAIM 1: Violation of inmates 4th, 5th, and 8th ammendment rights of the U.S. Constitution

Supporting Facts: Inmates at North Central Regional Jail are excessively punished because of the current pattern of giving inmates unlimited amounts of segregation time. Gary Sigler is the Correctional Hearing Officer and he sentences

**Attachment A**

CLAIM 2: Excessive Force, Cruel and Unusual Punishment, Falsifying a State Document, Retaliation

Supporting Facts: At approximately 11:50 PM on 9th of March, 2023 I was escorted to the booking shower, Officers Cpl. Craig and Cpl. Branden Gier told me to step into the shower. When I stepped into the shower I was placed in handcuffs behind my back.

CLAIM 3: Cruel And Unusual Punishment, Excessive Force

Supporting Facts: Currently, several inmates are subject to Cruel And Unusual Punishment/Treatment due to the "deeply rooted" pattern/practice that officers use against them. Officers at North Central Regional

CLAIM 4: Failure To Protect, Cruel & Unusual Punishment, Falsifying a State Document

Supporting Facts: Jason Graff intentionally wrote a false incident report claiming that I made allegations that I didn't make in order to punish me, when he was supposed to protect me. I was jumped and beaten

CLAIM 5: _____

Supporting Facts: _____

VI.  **INJURY**

Claim #1

Supporting Facts: inmates to the maximum of sixty days segregation. Then he will add an additional "maximum sentence" to segregation if the inmate receives additional "incident reports". For example, a class one incident carries sixty days maximum, but after an inmate receives that sixty days segregation, their sixty days can become an unlimited amount of segregation time if they receive more incident reports. This pattern violates all inmates rights to be free of cruel and unusual punishment.

Furthermore, Gary Sigler abuses his authority as the "hearing officer" because he solicits information from the charging employees before the hearings of some inmates, he denies inmates the right to call witnesses at his discretion even if the witness can present favorable evidence for the inmate. This denies the inmate the chance to cross-examine their witnesses which violates their constitutional rights.

Also Gary Sigler will deny a inmate their right to a timely hearing as outlined in (Policy Directive 335). This policy states that inmates will receive notice of the incident report within a 72 hours of the alleged incident. This doesn't happen always, and when an inmate makes a "Motion To Dismiss" based on this Mr. Sigler will deny the motion and move forward with the Hearing and punish the inmate. Therefore inmates may receive so much

punitive segregation time that it is harmful to their mental health. Also due to the unfair hearings that inmates receive placing them in segregation it violates their constitutional rights.

Claim #2

Supporting Facts: Both officers began ripping the clothes I was wearing from my body. Once I was completely naked both officers began punching me. One of the officers then shoved me and I fell to the ground. Cpl. Craig then wrapped his hands around my throat until I passed-out. I awoke to Cpl. Craig slapping me in my face. Both officers looked scared, but when I asked why they were treating me this way. Cpl. Craig said "because you're a pain in the ass, and need to learn a lesson". Craig then sprayed me with "OC" in my face. Both officers began spraying me while I lay on the floor of the shower with "OC", they sprayed me all over my body including my "private parts". They sprayed me a total of six times. They then told me to stand up and I complied. Cpl. Craig then wrapped a "Suicide Smok" around my body and escorted me to one of the "Temporary Holding Cages" in booking. Nurse Montana then came and felt my wrists and left. Cpl. Craig then escorted me back to the shower in booking and let me take a shower. I was then escorted back to cell #2 in booking where I sat on the floor in pain all night. Both officers clearly did this with the intention to cause me pain. I filed a grievance about this incident and it got denied by Jason Hutson.

About a week later after I filed a grievance and received a negative response I was served a Incident Report claiming I had Refused An Order and Created A Disturbance. This report was falsified by Cpl. Brandon Gier to justify the "use of force" his report claims.

At some point during the assault my right knee was injured, and X-Rays were taken by medical staff almost four weeks later. I still have a injured knee, it feels to be broken or out of place. Medical staff has not give me any other attention to my injury other than the X-Ray. My knee causes me pain constantly.

The Incident Report that Cpl. Brandon Gier falsified against me was served by Gary Sigler on the 4th of April, 2023. This is far past the (P2) seventy-two hour timeline to serve me the report and is clearly in Retaliation for me filing the grievance.

Claim #3

Supporting Facts:
Jail use Oleoresin Capsicum on inmates without justification on a regular basis. This practice is used to inflict pain on inmates. Oleoresin Capsicum is very painfull and is only supposed to be used to control an inmate who is a threat to themselves or others, or a threat to the security of the facility.
Officers at this facility use "OC" as a way to inflict pain on almost a daily basis. This practice is so often applied to inmates that officers actually brag about how much they use "OC", and have conversations about how they get away with using it. I have witnessed on several occasions officers using each others incident reports so they coincide with each other after the officer uses "OC" on a inmate without justification. Officers are required to file a Use Of Force Report when they use Oleoresin Capsicum on a inmate, these reports are always manipulated and or falsified in order to justify the "Use Of Force" that was applied to an inmate without justification.
Officers use of Oleoresin Capsicum on inmates without justification greatly outweighs the use of Oleoresin Capsicum with justification.
Several officers excessively use Oleoresin Capsicum when they do deploy the substance on a inmate. I've witnessed on multiple occasions an officer deploy a whole can of Oleoresin Capsicum on a inmate and then laugh as if they find enjoyment from

inflicting pain to a inmate.
The jail recently purchased a "PepperBall" Gun and I have witnessed officers using this at pointblank range to cause pain on the inmates. I have also witnessed officers abusing the use of Tasers. On one occasion I seen multiple officers tase one inmate nine times, while he was in a restraint chair. These maliscious acts are a immediate threat to all inmates here at North Central Regional Jail. The Superintendent Jason Hutson will not intervene with this issue and on a regular basis ignores the problem when it is brought to his attention in the inmate grievance system.
Therefore I believe that this problem will continue to worsen if this Honorable Court doesn't intervene.

Claim #4

Supporting Facts: by two cellmates on the 18th of Febuary, 2023 and when I told Lt. Jason Graff he purposefully wrote a false report to punish me instead of protect me from my cellmates that assaulted me.

Jason Graff and Gary Sigler conspired to punish me with segregation time and successfully punished me for the false report Jason Graff wrote on me. They did this intentionally.

Now I have to reimburse $350.00 for a tablet that was broken when cellmates hit me with it.

## VII. Relief Continued

another jail. I want the officers involved Cpl. Craig and Cpl. Brandon Gier to be terminated from thier positions as Correctional Officers.

As for Claim #1 I want One Million Dollars to divide equally upon all inmates who serve more than sixty days in segregation within the time range of this lawsuit.

I want inmates to not have to serve more then sixty days in segregation.

I want the use of Oleoresin Capsicum to cease permenantly at North Central Regional Jail.

I want all officers that are detirmined to have used excessive force after the Courts review of all Use of Force reports to be terminated from thier duties.

I want $100,000 for Failure To Protect & Cruel & Unusual Punishment by Jason Graff and Gary Sigler. This ultimately took my tablet and left me with a reimbursment fee of $350.00 dollars for the broken tablet.

Date: 04-14-2023

**Attachment A**

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

I was assaulted by the officers which injured my knee and intentionally caused me pain.
All inmates are currently subject to the violation of their constitutional rights.

VII. <u>RELIEF</u>

State **BRIEFLY and EXACTLY** what you want the Court to do for you.
*Make no legal arguments. Cite no cases or statutes.*

I want the Court to review all Use Of Force reports within the jail that has taken place within the past six months to determine the legality of those uses of force.
Claim #2 I want $250,000 for pain & suffering and the violation of my rights. I want an immediate transfer to

### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  NCRJ   on  04-14-2023 .
       (Location)                           (Date)

                                            Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Christopher Lee Chaflin
_Your full name_

v.                                              Civil Action No.: 3:23-CV-86

North Central Regional
Jail Officers

_Enter above the full name of defendant(s) in this action_

## Certificate of Service

I, Chris Chaflin  (your name here), appearing _pro se_, hereby certify that I have served the foregoing State Civil Rights Complaint (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on 04-14-2023 (insert date here):

(List name and address of counsel for defendant(s))

_Christopher Chaflin_
(sign your name)