IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**CHRISTOPHER LEE CHAFIN,**

    Plaintiff,

v.                            **CIVIL ACTION NO. 3:23-CV-114 (GROH)**

**BRANDON GIER,
CPL. CRAIG,
JASON HUTSON,
GARY SIGLER,
SEVERAL UNKNOWN OFFICERS
AT NCRJ, and
JASON GRAFF,**

    Defendants.

### ORDER DISMISSING CASE

On May 2, 2023, the *pro se* Plaintiff initiated the above-styled civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. On June 6, 2023, the Court granted the Plaintiff's Application to Proceed Without Prepayment of Fees. ECF No. 12. In its Order, the Court plainly stated that "the Court will not require plaintiff to pay the initial partial filing fee" in order to proceed. ECF No. 12 at 2.

On June 29, 2023, the Plaintiff filed a motion or request for a preliminary injunction. ECF No. 14. Shortly thereafter, on July 10, 2023, the Plaintiff filed a motion to dismiss this civil action without prejudice. ECF No. 15. Therein, the Plaintiff explains that he now moves to dismiss his own civil action because he discovered "new knowledge on [his] behalf." ECF No. 15 at 1. Further, the motion to dismiss requests that the Court reverse

its order granting the Plaintiff permission to proceed without prepayment of fees "due to not being able to make this motion due to being indigent in a timely manner." Id. However, as stated above, the Court previously granted the Plaintiff permission to proceed without prepayment of fees.

Accordingly, the Court **GRANTS** the Plaintiff's Motion to Dismiss [ECF No. 15]. It is **ORDERED** that 3:23-CV-114 is hereby **DISMISSED WITHOUT PREJUDICE** and retired from the docket of this Court. It is further **ORDERED** that the Plaintiff's pending motion [ECF No. 14] be **TERMINATED** as **MOOT.**

The Clerk of the Court is **DIRECTED** to mail a copy of this Order to Plaintiff by certified mail, return receipt requested, to his last known address as reflected on the docket sheet, and to any counsel of record by electronic means.

**DATED**: July 17, 2023

GINA M. GROH
UNITED STATES DISTRICT JUDGE